No. 81–1903.   MID-CAROLINA OIL, INC., ET AL. *v.* KLIPPEL ET AL.   C. A. 4th Cir.   Certiorari denied.  ▮

No. 81–1904.   COBB *v.* WAINWRIGHT.   C. A. 11th Cir. Certiorari denied.  ▮

No. 81–1909.   FORRESTER *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 81–1918.   ROCKINGHAM MACHINE-LUNEX CO. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 8th Cir.   Certiorari denied.  ▮

No. 81–1997.   GERALD *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.  ▮

No. 81–2039.   DELUCIA *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.  ▮

No. 81–2079.   HENSEL *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.  ▮

No. 81–6140.   SALISBURY *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.  ▮

No. 81–6232.   WRIGHT *v.* MURPHY, WARDEN, OKLAHOMA STATE PENITENTIARY, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 81–6262.   BUTLER *v.* ROSE, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 81–6267.   STACY ET AL. *v.* BEVENS, JUDGE, COURT OF COMMON PLEAS, PIKE COUNTY, OHIO.   Sup. Ct. Ohio. Certiorari denied.

No. 81–6279.   ARCHER *v.* RUSHEN, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.